IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN THOMAS BECHARD,

    Plaintiff,

  v.

    Case No. 21-cv-811-jdp

UNITED STATES, et al.

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | January 3, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |