CONFIDENTIAL, TO BE FILED UNDER SEAL

# In the United States District Court for the Western District of Wisconsin

**Ryan Thomas Bechard,**
　　　　　Libellant & Appellant;

vs.

**UNITED STATES**, in rem;
via **U.S. Attorney General**, in personam;
**Secretary of the Treasury**, in personam;
**Comptroller of the Currency**, in personam;
**FEDERAL DEPOSIT INS. CORP.**, in rem;
**RYAN THOMAS BECHARD**, in rem;
**KATHLEEN LYNN GEHRKE**, in rem;
**SERENA ANNE BECHARD**, in rem;
**LUCAS GORDON BECHARD**, in rem;
**GORDON LEROY BECHARD**, in rem;
**ARTHUR RAYMOND BECHARD**, in rem;
**LORRAINE ARLENE BECHARD**, in rem;
**LESTER CARL SCHLEUSNER**, in rem;
　　　　　Defendants.

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

no.: **21-cv-00811-jdp**
Prize Court in Admiralty

Judge: Hon. James D. Peterson

**To the Honorable Clerk Peter Oppeneer;
Libellant respectfully shows to the Court:**

**1.** I, Ryan Thomas Bechard; Libellant; now as Appellant; am herewith appealing the Judgment issued and entered on 7 January 2022; doc. #3 and Order #5 of the case captioned above to the United States Court of Appeals for the District of Columbia Circuit; "USCA-DC".

**2.** USCA-DC has exclusive jurisdiction over my claims arising under "public contracts" which are maritime in nature pursuant to The Shipping Act 1916 and Jones Act 1920. See 41 USC § 1327(b)(3).

**3.** As a Federal "Agency"; also "United States" as an instrumentality thereof; see Exhibit 1 of the Libel of this case; I am exempt from fees and costs. See

CONFIDENTIAL, TO BE FILED UNDER SEAL

https://www.uscourts.gov/services-forms/fees/court-appeals-miscellaneous-fee-schedule

## PRAYER FOR DUE PROCESS

For the Honorable Clerk of Court; or deputy thereof; to take all actions pursuant to USCA-DC's rules.

*Ryan Thomas Bechard*    Ryan Thomas Bechard; 7 January 2022